

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00483-CV

| | | |
|---|---|---|
| C.H. Canada AND W.R. Canada, Jr. | § | From the 393rd District Court |
| | § | of Denton County (2011-60628-393) |
| v. | | |
| | § | April 25, 2013 |
| W.R. Canada, Jr. AND C.H. Canada and Mark Lieberman | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that all costs on appeal shall be borne by the party who incurred them.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker